IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the CHICAGO REGIONAL )
COUNCIL OF CARPENTERS PENSION )
FUND, et al. )
)
              Plaintiffs, ) Case No. 14 C 945
)
) Judge Gottschall
)
v. )
)
SLURRY SYSTEMS, INC. )
)
              Defendant. )

## Motion for Entry of Judgment

Plaintiffs, by its attorney, Daniel P. McAnally, move this Honorable Court for an entry of judgment and in support Plaintiffs state:

1. This is and ERISA trust fund case seeking delinquent contributions, interest, liquidated damages, dues check-off and attorney fees.

2. On July 8, 2014 this Court entered an Agreed Order of Dismissal ("Agreed Order") whereby Defendant was to make payments towards an agreed amount owed. On October 14, 2014, this case was reinstated due to Defendant's failure to pay the agreed amount owed. (Exhibit A)

3. Pursuant to the Agreed Order, Defendant agreed to pay $24,269.34 in partial payments, Exhibit A, paragraph 1. If the Defendant defaulted on the payments, the Plaintiffs retained the right to reinstate this case and enter judgment for the balance owed on the payment arrangement plus accrued interest, liquidated damages and attorney fees, paragraph 4.

4. The Defendant paid the June 15, 2014 $10,000 payment but defaulted on the Agreed Order by failing to make the August 1, 2014 payment of $14,269.34. As a result of the default the Defendant now owes the Plaintiff $17,388.91 represents the balance owed plus the accrued interest, liquidated damages and attorney fees, see declarations, Exhibits B and C.

5. The Defendant owes contributions in the amount of $8,930.18 for the months of December 2013 through March 2014. The Defendant also failed to remit the union dues it withheld from the employees' wages. The amount of dues withheld is $436.26 for the period January 2014 through March 2014. (Exhibit B, affidavit of John Libby)\

6. The Defendant owes interest on the unpaid ERISA contributions in the amount of $173.30 pursuant to the Trust Agreements and 29 U.S.C. §1132(g)(2)(B). (Exhibit B)

7. The Defendant owes liquidated damages on the unpaid ERISA contributions in the amount of $5,119.17 for the period February 2013 through March 2014 pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(ii). (Exhibit B)

8. The Defendant owes the sum of $4,884.00 for necessary and reasonable attorney fees and costs of which $2,154.00 was part of the Agreed Order. Plaintiffs incurred an additional $2,730.00 during the settlement process and enforcement. These fees and costs are also collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D). (Exhibit C, affidavit of Daniel P. McAnally)

WHEREFORE, Plaintiffs pray that their motion for entry of judgment be granted in the amount of $17,388.91.

Respectively submitted,

s/ DANIEL P. McANALLY
Attorney for Plaintiffs

Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312.251.9700